UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN MILLERS MUTUAL
INSURANCE COMPANY,

       Plaintiff,                       Case No. 1:09-CV-596

v.                                    Honorable Robert Holmes Bell

FIDELITY AND DEPOSIT COMPANY
OF MARYLAND, et al.,

       Defendants.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 21, 2010, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 141) recommending that the joint motion of Plaintiff Michigan Millers Mutual Insurance Company and Defendant Fidelity and Deposit Company of Maryland be granted and that Count 3 of Plaintiff's complaint be dismissed with prejudice. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's October 21, 2101, R&R (Dkt. No. 141) is **APPROVED and ADOPTED** as the opinion of the Court.

1

**IT IS FURTHER ORDERED** that the joint motion of Plaintiff Michigan Millers Mutual Insurance Company and Defendant Fidelity and Deposit Company of Maryland (Dkt. No. 111) is **GRANTED.**

**IT IS FURTHER ORDERED** that Count 3 of Plaintiff's complaint is **DISMISSED** with prejudice.

Dated: November 10, 2010 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE